IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLIFFORD BELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | NO. 3:03-0990 |
| ) | JUDGE HAYNES |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Defendant Metropolitan Government of Nashville and Davidson County's (Docket Entry No.10) is **GRANTED IN PART**. Plaintiff Clifford Bell's claims of a racially hostile work environment, wrongful termination and disparate treatment based on race, as well as Plaintiff's claim of punitive damages are hereby **DISMISSED** with prejudice. Defendant's motion is otherwise **DENIED**.

A case management conference in this action is hereby set for **Friday, August 5, 2005** at **2:30 p.m.**

It is so **ORDERED**.

ENTERED this the 12th day of July, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge